**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALL USDC ASSOCIATED WITH 36 VIRTUAL CURRENCY ADDRESSES ON 18 DIFFERENT BLOCKCHAINS,<br><br>Defendant. | Civil Action No. 26-cv-4150 (RBW) |

**ORDER**

In accordance with the oral rulings made at the motion hearing held telephonically on November 23, 2026, it is hereby

**ORDERED** that The United States' Motion for a Restraining Order, ECF No. 2, is **GRANTED** as the Court finds that there is probable cause for the issuance of the temporary restraining order for the reasons indicated on the record by government counsel and in its Verified Complaint, ECF No. 1.[1] It is further

**ORDERED** that Circle Internet Financial, LLC ("Circle") shall maintain its blocklist of the subject virtual currency addresses set forth in the Verified Complaint, until January 29, 2027, or until further order of this Court. It is further

[1] The Court notes that while it is granting the government's motion for a temporary restraining order in this case, it is functionally an extension of the temporary restraining order that the Court granted in the related sealed case in this matter, In Re United States Ex Parte Application for a Temporary Restraining Order, Pursuant to 18 U.S.C. § 984(j) and 21 U.S.C. § 853(e), Miscellaneous Action No. 26-186.

**ORDERED** that pursuant to Federal Rule of Civil Procedure, Supplemental Rule G(3)(c), the government shall deliver this Order upon Circle forthwith for Circle to execute the restraint immediately and for Circle to provide the Court forthwith with an Affidavit of Execution regarding this Restraining Order, issued pursuant to 18 U.S.C. § 983(j)(1)(A), by the appropriate officer at Circle. It is further

**ORDERED** that the government shall file a notice on the docket of an agreement between the government, Circle, and Binance regarding Circle and Binance's assent to the government proceeding in this case without their involvement on or before November 30, 2026. It is further

**ORDERED** that the government shall file a motion to unseal the related sealed case in this matter, In Re United States Ex Parte Application for a Temporary Restraining Order, Pursuant to 18 U.S.C. § 984(j) and 21 U.S.C. § 853(e), Miscellaneous Action No. 26-186, and propose redacted versions of its filings in that case on or before November 30, 2026. It is further

**ORDERED** that the government shall appear for a status conference on January 29, 2027, at 10:30 a.m. The petitioner shall appear for the status conference via teleconference by calling 646-828-7666, entering Meeting ID 161 591 8885 followed by the pound key (#), and then entering the Passcode 984979 followed by the pound key (#)

**SO ORDERED** this 24th day of November, 2026.

REGGIE B. WALTON
United States District Judge